United States District Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| MELISSA BUFORD,<br><br>Plaintiff,<br><br>v.<br><br>OAKTON COMMUNITY COLLEGE, DONNA YOUNGER, GREGORY JAMES, WENDY YANOW AND RAMONA ELLYIN,<br><br>Defendants. | 11-cv-09261<br><br>Judge Guzman<br><br>Magistrate Judge Brown |

## Stipulation of Dismissal

Plaintiff MELISSA BUFORD and Defendants OAKTON COMMUNITY COLLEGE, DONNA YOUNGER, AND WENDY YANOW, stipulate to the dismissal of this action with prejudice and without costs pursuant to FED.R.CIV.P. 41(a)(1).

| | |
|---|---|
| MELISSA BUFORD, | OAKTON COMMUNITY COLLEGE, DONNA YOUNGER AND WENDY YANOW, |
| By: s/Susan Lorenc<br>    One of Her Attorney | By: s/Lauren S. Novak<br>    One of Its Attorney |
| Susan Lorenc<br>Adam Wolek<br>THOMPSON COBURN LLP<br>55 E. Monroe Street, 37th floor<br>Chicago, IL  60603 | Philip H. Gerner III<br>Lauren S. Novak<br>ROBBINS SCHWARTZ NICHOLAS<br>  LIFTON & TAYLOR, LTD.<br>55 W. Monroe Street, Suite 800<br>Chicago, IL  60603 |